UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHARA GUENGERICH, KORTNEY BLYTHE, ASHLEY COLANTUONO, HENRY SHAVER, and TARA SHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE BARON, in his individual and official capacity, EARIC PETERS, in his individual and official capacity, MYRA SIEGEL, in her individual and official capacity, RICHARD PFIEFFER, in his individual and official capacity,<br><br>Defendants. | CASE NO.: 2:10-CV-01045-JHN(PLAx)<br><br>**JUDGMENT**<br><br>Judge: Honorable Jacqueline H. Nguyen |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On March 21, 2011, the Court, Honorable Jacqueline H. Nguyen, District Judge Presiding, held a hearing on the following motions: (1) Motion for Summary Judgment by Defendant Richard Pfeiffer (docket no. 27); (2) Motion for Summary Judgment by Defendants Bruce Baron and Earic Peters ("LACC Defendants")[1]

---

[1] Plaintiffs' also originally named Myra Siegel as a Defendant, but voluntarily dismissed her from the lawsuit on March 17, 2011. (*See* docket no. 59.)

(docket no. 30); and (3) Motion for Summary Adjudication of Issues by Plaintiffs Shara Guengerich, Kortney Blythe, Ashley Colantuono, Henry Shaver, and Tara Shaver (docket no. 32).  After fully considering the briefs and evidence filed in this matter, as well as oral arguments presented at the hearing, the Court, having duly rendered a decision on May 5, 2011, GRANTED Defendants' respective motions and DENIED Plaintiffs' motion.

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:**

1. Plaintiffs shall take nothing by their Complaint;

2. Judgment shall be entered in favor of Defendants Bruce Baron, Earic Peters, and Richard Pfeiffer and the action shall be dismissed on the merits; and

3. Defendants shall recover their costs.

Date:   May 12, 2011

By: _____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12800 Center Court Drive, Suite 300. Cerritos, CA 90703.

On May 12, 2011, I hereby certify that I electronically filed the foregoing **[PROPOSED] JUDGMENT** with the clerk of the Court for the United States District Court by using the appellate CM/ECF system.

☑ I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM-ECF system.

☐ **NOT ALL PARTICIPANTS ARE CM/ECF PARTICIPANTS**

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by ☐ First-Class Mail, postage prepaid, or ☐ have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM-ECF participants:

| | |
|---|---|
| Allison K. Aranda, Esq.<br>Life Legal Defense Foundation<br>P.O. Box 890685<br>Temecula, CA 92589 | Tel: (951) 541-9327<br>Fax: (951) 541-2711<br><br>Attorneys for Plaintiffs |
| Catherine W. Short, Esq.<br>Life Legal Defense Foundation<br>P.O. Box 1313<br>Ojai, CA 93024 | Tel: (805) 640-1940<br><br>Attorneys for Plaintiffs |
| Andrea Sheridan Ordin, County Counsel<br>Roger H. Granbo, County Counsel<br>Jennifer A.D. Lehman, Principal Deputy<br>County Counsel<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA 90012 | Tel: (213) 974-1908<br>Fax (213) 626-2105<br><br>Attorneys for Defendant Richard Pfeiffer |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2011, at Cerritos, California.

/s/ Melissa Martinez
Melissa Martinez