UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHARA GUENGERICH, KORTNEY BLYTHE, ASHLEY COLANTUONO, HENRY SHAVER, and TARA SHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE BARON, in his individual and official capacity, EARIC PETERS, in his individual and official capacity, MYRA SIEGEL, in her individual and official capacity, RICHARD PFIEFFER, in his individual and official capacity,<br><br>Defendants. | CASE NO.: 2:10-CV-01045-JHN-PLAx<br><br>**AMENDED JUDGMENT**<br><br>Judge: Honorable Jacqueline H. Nguyen |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On March 21, 2011, the Court, Hon. Jacqueline H. Nguyen, District Judge Presiding, held a hearing on the following motions: (1) Motion for Summary Judgment by Defendant Richard Pfeiffer (docket no. 27); (2) Motion for Summary Judgment by Defendants Bruce Baron and Earic Peters ("LACC Defendants")[1]

---

[1] Plaintiffs' also originally named Myra Siegel as a Defendant, but voluntarily

- 1 -

(docket no. 30); and (3) Motion for Summary Adjudication of Issues by Plaintiffs Shara Guengerich, Kortney Blythe, Ashley Colantuono, Henry Shaver, and Tara Shaver (docket no. 32). After fully considering the briefs and evidence filed in this matter, as well as oral arguments presented at the hearing, the Court, having duly rendered a decision on May 5, 2011, GRANTED Defendants' respective motions (docket nos. 27, 30) as to the first and second claims (premised on alleged violations of the First, Fourth and Fourteenth Amendments), declined to exercise supplemental jurisdiction over Plaintiffs' third and fourth claims (premised on alleged violations of state law), and DENIED Plaintiffs' motion (docket no. 32).

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:**

1. Plaintiffs shall take nothing by their Complaint;

2. Judgment shall be entered in favor of Defendants Bruce Baron, Earic Peters, and Richard Pfeiffer on the first and second claims and such claims shall be dismissed on the merits;

3. Plaintiffs' third and fourth claims shall be dismissed based on this Court declining to exercise supplemental jurisdiction over the claims; and

4. Defendants shall recover their costs.

Date: May 13, 2011

By: _____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT

---

dismissed her from the lawsuit on March 17, 2011. (*See* docket no. 59.)